UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE WOOD, Plaintiff | ) | |
| v. | ) | C.A. No. 07-277/ML |
| THE PROVIDENCE CENTER, LTD, et al., Defendants | ) | STIPULATION |

Plaintiff and all defendants agree that all defendants shall have up to and including September 14, 2007 to respond to the complaint.

/s/ Mark B. Morse
Mark B. Morse, Esq.
Law Office of Mark B. Morse
Attorney for Plaintiff
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 [fax]
mark@morselawoffice.com

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com