UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE WOOD, | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 07-277ML |
| v. | ) | |
| | ) | |
| THE PROVIDENCE CENTER, L.T.D.; Alias | ) | |
| JEFFERSON PILOT FINANCIAL | ) | |
| INSURANCE COMPANY; Alias Individually | ) | |
| and in its Capacity as Plan Administrator, | ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

Catherine A. Shaghalian of Vetter & White hereby enters her appearance as counsel for defendants The Providence Center, L.T.D. and Jefferson Pilot Financial Insurance Company.

/s/ Catherine A. Shaghalian
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
cshaghalian@vetterandwhite.com

Dated: August 27, 2007

## CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
Law Office of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I electronically filed this Entry of Appearance on August 27, 2007. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian