UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE WOOD,<br>Plaintiff<br><br>v.<br><br>THE PROVIDENCE CENTER, L.T.D.; Alias JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; Alias Individually and in its Capacity as Plan Administrator,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-277ML |

ENTRY OF APPEARANCE

Brooks R. Magratten of Vetter & White hereby enters his appearance as counsel for defendants The Providence Center, L.T.D. and Jefferson Pilot Financial Insurance Company.

/s/ Brooks R. Magratten

Brooks R. Magratten, No. 3585
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com

Dated: August 27, 2007

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
Law Office of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I electronically filed this Entry of Appearance on August 27, 2007. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten