UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE WOOD, Plaintiff | ) | C.A. No. 07-277/ML |
| v. | ) | |
| THE PROVIDENCE CENTER, L.T.D., et al., Defendants | ) | |

## DISMISSAL STIPULATION

It is hereby stipulated by and between the parties that the above-entitled action is dismissed with prejudice, no costs.

/s/ Mark B. Morse
Mark B. Morse, Esq., #3003
LAW OFFICE OF MARK B. MORSE
Attorneys for Plaintiff
111 Wayland Avenue
Providence, Rhode Island 02906
(401) 831-0555
(401) 273-0937 FAX
mark@morselawoffice.com

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: January 31, 2008

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
Law Office of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I electronically filed the within Dismissal Stipulation on January 31, 2008. The Dismissal Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian